**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61099-EA**

**Jose Luis Alvarenga,**

      Petitioner,

v.

**Todd Blanche,** *in his official capacity as Acting Attorney General*,
**Markwayne Mullin,** *in his official capacity as Secretary of the Department of Homeland Security*,
**Field Office Director,** *Miami Field Office, U.S. Immigration and Customs Enforcement*,

      Respondents.

_____/

**<u>ORDER TO SHOW CAUSE</u>**

This cause comes before the Court on sua sponte review of the record. The petition does not appear to be filed against the proper party because none of the respondents are the warden for the Broward Transitional Center where the petitioner is being held. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) ("[L]ongstanding practice confirms that in habeas challenges to present physical confinement[,] . . . the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official.").

Therefore, it is **ORDERED AND ADJUDGED:**

1. Within **5 days** of the issuance of this order, the petitioner shall **SHOW CAUSE** why this petition should not be dismissed without prejudice because the warden is not the respondent.

2. Failure to respond to this order will result in the petition being dismissed without prejudice and without further notice being given.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 15th day of April 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Bonnie Smerdon**
Florida Keys Immigration Law Group
Florida
22966 Overseas Highway
Cudjoe Key, FL 33042
305-680-9100
Fax: 954-416-6602
Email: bsmerdon@lucelawpllc.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov