**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61099-EA**

**Jose Luis Alvarenga,**

      Petitioner,

v.

**Todd Blanche,**
**Markwayne Mullin,**
**Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement,**

      Respondents.

_____/

## ORDER DISMISSING AMENDED PETITION

This cause comes before the Court on the Court's order to show cause why the amended petition should not be dismissed for not making the warden of the prison a party to the action [ECF No. 7] and the petitioner's corresponding response [ECF No. 8]. In the response, the petitioner acknowledges that the warden is the proper respondent but asks the Court to amend the petition for the petitioner. ECF No. 8. The Court, however, declines to do so.

Therefore, it is **ORDERED AND ADJUDGED**:

1. The amended petition [ECF No. 5] is **DISMISSED WITHOUT PREJUDICE**.

2. The petitioner may file an amended petition within **7 days** of the issuance of this order.

3. Failure to file an amended petition will result in the closure of this case without further notice being given.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17th day of April 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Bonnie Smerdon**
Florida Keys Immigration Law Group
Florida
22966 Overseas Highway
Cudjoe Key, FL 33042
305-680-9100
Fax: 954-416-6602
Email: bsmerdon@lucelawpllc.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Carolina Perez Schmerold**
DOJ-USAO
99 N.E. 4th St.
Miami, FL 33132
305-878-3241
Email: carolina.perez@usdoj.gov