**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61099-EA**

**Jose Luis Alvarenga,**

  Petitioner,

v.

**Warden, Broward Transitional Center,**

  Respondent.

_____/

**ORDER TO RESPOND**

 This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained [ECF No. 10]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the respondent shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2. Within **10 days of the respondent's response**, the petitioner shall file a response to the respondent's arguments.

 **ORDERED** in Chambers in West Palm Beach, Florida, this 21st day of April 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Bonnie Smerdon**
Florida Keys Immigration Law Group
Florida
22966 Overseas Highway
Cudjoe Key, FL 33042
305-680-9100
Fax: 954-416-6602
Email: bsmerdon@lucelawpllc.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Carolina Perez Schmerold**
DOJ-USAO
99 N.E. 4th St.
Miami, FL 33132
305-878-3241
Email: carolina.perez@usdoj.gov